Kelly H. Dove, Esq.
Nevada Bar No. 10569
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
kdove@swlaw.com
hcheong@swlaw.com

*Attorneys for Defendant U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp. CSFB Mortgage-Backed Pass-Through Certificates, Series 2004-AR7*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SATICOY BAY LLC SERIES 6231 BRICK OVEN ST, <br><br>Plaintiff, <br><br>vs. <br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP. CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-AR7, a national association; and DOE individuals I through XX; and ROE CORPORATIONS I through XX, <br><br>Defendants. | Case No. 2:21-cv-02214-JCM-EJY <br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT** <br><br>**(First Request)** |

Plaintiff Saticoy Bay LLC Series 6231 Brick Oven St. ("Plaintiff"), and Defendant U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp. CSFB Mortgage-Backed Pass-Through Certificates, Series 2004-AR7 ("U.S. Bank") (collectively the "Parties"), by and through their respective counsel, hereby stipulate and request an order extending the deadline to file responses to Plaintiff's Motion for Summary Judgment and U.S.

1  Bank's Motion for Summary Judgment. The current deadline for responses is August 18, 2022.
2  (ECF Nos. 31-32.) This is the Parties' first request for an extension.
3      The Parties request that the deadlines be extended to September 1, 2022 for responses. The
4  Parties request this extension in good faith for the benefit of the parties and counsel to provide
5  adequate time for briefing.

Dated: August 17, 2022

ROGER P. CROTEAU & ASSOCIATES, LTD.

By: */s/ Christopher L. Benner*
   Roger P. Croteau, Esq.
   Nevada Bar No. 4958
   Christopher L. Benner, Esq.
   Nevada Bar No. 8963
   2810 West Charleston Blvd., Suite 75
   Las Vegas, NV 89102

*Attorneys for Plaintiff Saticoy Bay LLC- Series 6321 Brick Oven St.*

Dated: August 17, 2022

SNELL & WILMER L.L.P.

By: */s/ Kelly H. Dove*
   Kelly H. Dove, Esq.
   Nevada Bar No. 10569
   Holly E. Cheong, Esq.
   Nevada Bar No. 11936
   3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, NV 89169

*Attorneys for Defendant U.S. Bank National Association*

IT IS SO ORDERED August 18, 2022.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT** by method indicated below:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by, a messenger service with which this firm maintains an account, of the document(s) listed above to the person(s) at the address(es) set forth below.

■ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

DATED this 17th day of August, 2022.

  */s/ Holly E. Cheong*
  An employee of SNELL & WILMER L.L.P.

4883-6539-2430

- 3 -